FILED

OCT 1 1 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Warren H. Allen, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **12 1676** |
| | ) | |
| Secretary of Veterans Affairs | ) | |
| Eric Shinseki, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring dismissal of a case when jurisdiction is found wanting).

The plaintiff sues the Secretary of Veterans Affairs to collect his "pension with . . . 13 years['] back pay." Complaint at 1. "The district courts shall not have jurisdiction under this section ["United States as defendant"] of any civil action or claim for a pension." 28 U.S.C. § 1346(d) (2011). Therefore, this action will be dismissed. A separate Order accompanies this Memorandum Opinion.

DATE: October 10th, 2012

United States District Judge

(N)                                                                        2